| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Rawsthorne  Special Agent: Sutara, ATF | | Telephone: (810) 766-5177  Telephone: (810) 341-5710 |

# UNITED STATES DISTRICT COURT
for the  
Eastern District of Michigan

United States of America  
   v.  
Steven Jason Jones

Case No. 26-30062

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 27, 2026__ in the county of __Huron__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of ammunition |

This criminal complaint is based on these facts:

There is probable cause to believe that on January 27, 2026 in Harbor Beach, Michigan, in the Eastern District of Michigan, Steven Jason Jones having been previous convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, ammunition in violation of 18 United States Code, Section 922(g)(1).

☑ Continued on the attached sheet.

_Complainant's signature_

Nathan Sutara, Special Agent, ATF  
_Printed name and title_

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: 2/6/2026

_Judge's signature_

City and state: Bay City, MI

Hon. Patricia T. Morris, United States Magistrate  
_Printed name and title_  
Judge

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**
*United States v. Steven Jason Jones*

I, Nathan Sutara, being duly sworn, depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since May 2018. I am currently assigned to the Detroit, Michigan Field Division, Flint Field Office. I am tasked with investigating violations of firearms and narcotics laws. Before working with ATF, I was employed by the Michigan Department of State Police (MSP) for approximately 5 years. I held several positions with MSP, including Detective/Trooper with the Major Case Unit in Saginaw, Michigan. During this employment, I investigated numerous incidents involving robberies, shootings, and homicides as well as violations of state and federal firearms laws.

2. I make this affidavit from personal knowledge based on my participation in this investigation, my review of reports and other materials prepared by those who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this

1

investigation.

3. Based on the facts below, I believe that on January 27, 2026 in Harbor Beach, Michigan, in the Eastern District of Michigan, Steven Jason Jones having been previous convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, ammunition in violation of 18 United States Code, Section 922(g)(1).

## **PROBABLE CAUSE**

4. On February 05, 2026, I was contacted by a detective with the Michigan State Police regarding a felon in possession with ammunition. At that time, the felon was identified as Steven Jason Jones.

5. As part of my investigation, I have reviewed criminal history records for Jones which show that he has the following felony convictions:

- 2018-Felony Dealing or Trafficking in Stolen Property
  - Brevard County, Florida
  - Court Number: 052018CF045161AXXXXX
- 2023-Felony Dealing in stolen property 2nd degree
  - Hernando County, Florida
  - Court Number: 272023CF001270CFAXMX

6. Per the detective, on January 27, 2026, the Harbor Beach Police Department executed a search warrant at 122 Ferris Stret, Harbor Beach, MI 48441 involving a separate investigation. This is the registered address for Jones.

7. During the execution of the search warrant, Police located a black Sentry Safe in the bedroom belonging to Jones and his wife. While speaking with Jones, he told police that his cellphone was broken and in that safe. After police gained access to the safe, they located a pill bottle with Jones' name on the label. Further within the safe, police located and seized three (3) F.C. Luger 9mm rounds of ammunition. See the below photographs provided by HBPD:



3






4

8. I have spoken with Special Agent Dustin Hurt who has received specialized training regarding the manufacture and shipping of firearms and ammunition. S/A Hurt stated the above ammunition (Federal Premium) was manufactured outside the state of Michigan.

9. Police also spoke with Jones' wife. During this interview, she stated the safe belonged to her and her husband, Steven Jones. When asked about the ammunition found within the safe, she responded that it was not hers.

10. Jones was arrested and lodged at the Huron County Jail for FIP-ammunition and other violations.

## **CONCLUSION**

11. Based upon this information, probable cause exists that Steven Jason Jones having been previous convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, ammunition violation of 18 United States Code, Section 922(g)(1).

Respectfully submitted,

_____
Nathan Sutara
Special Agent
Bureau of Alcohol, Tobacco,
Firearms, and Explosives

Subscribed and sworn to before me and/or by reliable electronic means on February 06, 2026.

_____
Hon. Patricia T. Morris
United States Magistrate Judge

6