UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

                                   Case No.  26-30062

v.

Steven Jason Jones,                   FILED UNDER SEAL

      Defendant

_____/

### ORDER GRANTING THE GOVERNMENT'S MOTION TO SEAL COMPLAINT AND ARREST WARRANT

For the reasons stated in the government's motion, it is ordered that the

COMPLAINT AND ARREST WARRANT be sealed until further order of the

Court.

      IT IS SO ORDERED.

_____
Patricia T. Morris
United States Magistrate Judge

Entered:   February 6, 2026